ORIGINAL

FILED
DEC 1 9 2006
U.S. COURT OF
FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# *In The United States Court of Federal Claims*

## Cover Sheet

Plaintiff(s) or Petitioner(s)
The Ute Indian Tribe of the Uintah and Ouray Reservation

If this is a multi-plaintiff case, pursuant to RCF 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Charles L. Kaiser

Firm Name: Davis Graham & Stubbs LLP

Post Office Box:

Street Address: 1550 Seventeenth Street, Suite 500

City–State–Zip: Denver, Colorado 80202

Telephone & Facsimile Numbers: T: (303) 892–7349 F: (303) 893–1379

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☒ No (Application Pending)

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357–6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 0 4
Select only one (three digit) nature–of–suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O I
Select attached sheet for three–digit codes.

Amount Claimed: $ To be determined
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 4.2.