**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-866L-MCW** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of John H. Martin as counsel of record in the above captioned action on behalf of the United States of America.

Dated: December 27, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice

*<u>/s John H. Martin</u>*

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
(303) 844-1383 (tel)
(303) 844-1350 (fax)
john.h.martin@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served on December 27, 2006, by Electronic Case Filing on the following counsel:

Charles L. Kaiser

*/s/ John H. Martin*

John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
(303) 844-1383 (tel)
(303) 844-1350 (fax)
john.h.martin@usdoj.gov
Attorney for Federal Defendants