**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-866L-MCW** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION FOR TEMPORARY STAY OF LITIGATION</u>**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties hereby respectfully request that this Court issue a stay of the litigation of this case, effective immediately, for 90 days to and including May 21, 2007. A proposed Order is attached as an exhibit hereto. The grounds for this joint motion are as follows:

1. Plaintiff filed this case on December 19, 2006. In this case, Plaintiff alleges issues and claims relating to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. Defendant is presently obligated to file its Answer or otherwise respond to the Complaint on or before February 20, 2007.

3. During January and February 2007, counsel for the parties have conferred several times to discuss possible means of resolving the dispute and settlement of the action, including the use of alternative dispute resolution. Among other things, the parties discussed and agreed to (a) explore the possibility of settlement discussions; (b) undertake several activities, including informal requests and productions of relevant or potentially relevant documents and data, in exploration of and in preparation for settlement discussions; and (c) seek appropriate

enlargements of time or temporary stays of litigation so that they could prepare for and engage in settlement discussions.

4. Further, counsel for the parties have discussed the fact that, at present, there is a total of about 103 lawsuits pending in this Court and in various United States District Courts in the District of Columbia and in Oklahoma brought by Indian Tribes and alleging claims that also challenge the United States' performance of its trust accounting and trust management duties and responsibilities.

5. The parties have agreed to meet and confer as necessary and appropriate over the next 90 days to explore the possibility of settlement, as well as the process by which the parties might resolve their dispute and obtain relevant or potentially relevant documents and data. Given that it will require significant time and effort to conclude such a discussion, counsel for the parties agreed that it would be appropriate to seek a temporary stay of the litigation in this case, to and including May 21, 2007, to permit an adequate opportunity for such a discussion. Also, counsel have agreed that, on or before May 21, 2007, they would inform the Court in writing of the outcome of their joint discussion and their proposal about whether and how to proceed with the case (e.g., litigation, alternative dispute resolution (ADR) process, or informal settlement discussions, et cetera).

6. Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

a. Temporarily stay the litigation of this case, to and including May 21, 2007;

b. Make the temporary stay effective immediately; and

c. Order that Defendant need not answer or otherwise respond to the allegations in the Complaint until the stay in this matter has expired or been vacated.

WHEREFORE, the parties respectfully request that their joint motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 20th day of February, 2007,

DAVIS, GRAHAM & STUBBS LLP

*s/ Charles L. Kaiser*
CHARLES L. KAISER
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 893-1379

Attorney of Record for Plaintiff

OF COUNSEL:

TOM MCNAMARA
SCOT W. ANDERSON
CHARLES A. BREER
Davis, Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 893-1379

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice

*s/John H. Martin*
JOHN H. MARTIN
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (202) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

CANDACE N. BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Joint Motion for Temporary Stay of Litigation was served on February 20, 2007, by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to General Order 42A:

Charles L. Kaiser, Attorney of Record

*/s/ John H. Martin*
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
(303) 844-1383 (tel)
(303) 844-1350 (fax)
john.h.martin@usdoj.gov
Attorney for Federal Defendants