**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-866L-MCW** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PROPOSED ORDER**

This matter is before the Court on the Parties' joint motion for a temporary stay of litigation. Upon consideration of the motion, it is on this _____ day of _______________, 2007, ORDERED that, for good cause shown,

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, this matter is stayed until May 21, 2007, so that the parties may explore the possibility of settlement discussions and undertake related activities such as informal requests and productions of relevant and potentially relevant documents and data for settlement discussions;

3. Defendant does not need to file its Answer or otherwise respond to the allegations in the Complaint, until after the stay in this matter has expired or been vacated; and

4. The parties shall file a status report on or before May 21, 2007, regarding the status of the proceedings and their proposal for further proceedings in the case (e.g., litigation, alternative dispute resolution, or informal settlement discussions).

SO ORDERED.

HON. MARY ELLEN COSTER WILLIAMS
United States Court of Federal Claims