**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-866L-MCW** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING DOCUMENT AND DATA CONFIDENTIALITY**

The parties hereby respectfully move this Court pursuant to RCFC 26(c) to enter the Proposed Protective Order of Document and Data Confidentiality (attached hereto as Exhibit A). The parties agree that the proposed order meets their approval as to form and content.

Good cause exists to enter the proposed order because the documents, data and other information the parties anticipate producing to one another in this case may contain (1) material that is protected from public disclosure by federal law or (2) confidential financial and personal material. Such materials warrant the entry of a protective order, such as the one that has been developed by the parties and is attached hereto. Therefore, the parties respectfully request that this joint motion be GRANTED.

Counsel for Plaintiff has reviewed this joint motion and the proposed order and authorizes Defendant's Attorney of Record to represent that Plaintiff fully joins in this request.

DATED this 20th day of February, 2007.

MATTHEW J. MCKEOWN
ACTING ASSISTANT ATTORNEY GENERAL

/s/ John H. Martin
______________________________________

John H. Martin, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2007, I served the foregoing Joint Motion For Entry of A Protective Order Regarding Document and Data Confidentiality by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to General Order 42A:

Charles L. Kaiser, Attorney of Record for Plaintiff

Dated this 20th day of February 2007.

/s/ John H. Martin

John H. Martin, Attorney of Record
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
TEL: (303) 844-1383
FAX: (303) 844-1350
Attorney of Record for Defendants