# In the United States Court of Federal Claims

**No. 06-866L**
**(Filed: February 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER STAYING LITIGATION

On February 20, 2006, the parties filed, pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims, a joint motion for "temporary stay" of the litigation up until May 21, 2007. This is the first request for a stay in this case. Defendant has not filed an Answer or otherwise responded to the Complaint. The parties are seeking the stay to discuss settlement options and to obtain relevant documents and data. Good cause having been shown, the Court **GRANTS** the parties' motion. The Court hereby **ORDERS** that:

1. Effective immediately, this case is stayed.

2. Defendant does not need to file its Answer or otherwise respond to the Complaint until after the Court lifts the stay, at a time to be determined by the Court.

3. The parties shall file a joint status report on or before **May 21, 2007**, and every 60 days thereafter recounting the status of their discussions and their proposals for further proceedings in this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**