# In the United States Court of Federal Claims

**No. 06-866L**
**(Filed: February 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On February 20, 2006, the parties filed, pursuant to Rule 26(c) of the Rules of the U.S. Court of Federal Claims, a joint motion for entry of a protective order regarding document and data confidentiality. The parties seek to preserve the confidentiality of documents produced to one another which contain either material that is protected from public disclosure under Federal law or confidential financial and personal information. Good cause having been shown, the Court **GRANTS** the parties' motion. The Court issues the protective order as a separate docket entry, herewith.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**