IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Civil Action No. 06-866L-MCW |
| Defendant. | ) | |

## THIRD JOINT STATUS REPORT

Pursuant to this Court's Order Staying Litigation, dated February 22, 2007, Plaintiff, the Ute Indian Tribe of the Uintah and Ouray Reservation ("Ute Indian Tribe"), and Defendant, the United States ("Defendant" or "United States"), jointly submit this Status Report and state as follows:

1. The Ute Indian Tribe initiated this case by filing a Complaint with this Court on December 19, 2006. As set forth in more detail in the Complaint, the Ute Indian Tribe alleges that the United States breached its trust and fiduciary duties with respect to tribal trust fund management. Further, the Ute Indian Tribe requests an accounting of tribal trust funds.

2. The Defendant has not answered or otherwise responded to the Complaint. Instead, after consultations between the Ute Indian Tribe and the United States, the parties submitted a Joint Motion for Temporary Stay of Litigation "to explore the possibility of settlement, as well as the process by which the parties might resolve their dispute and obtain relevant or potentially relevant documents and data."

3. On February 22, 2007, this Court entered its Order Staying Litigation. In relevant part, this Court ordered:

> "(1) Effective immediately, this case is stayed. (2) Defendant does not need to file its Answer or otherwise respond to the Complaint until after this Court lifts the stay, at a time to be determined by the Court. (3) The parties shall file a joint status report on or before May 21, 2007, and every 60 days thereafter recounting the status of their discussions and their proposals for further proceedings in this case."

4. From and after the entry of the Order Staying Litigation, the Ute Indian Tribe and the United States have been engaged in a constructive effort directed toward possible resolution of this case. Counsel for the Ute Indian Tribe and the United States have communicated repeatedly by telephone, letter and e-mail concerning this case, the data and documents potentially relevant to this case and possible processes to resolve the dispute. The parties have also engaged expert consultants to assist in technical analysis of the accounting and natural resources issues presented in this case.

5. During the period covered by this Third Joint Status Report, representatives and consultants of the Ute Indian Tribe and the United States traveled from around the country to meet in person in Denver, Colorado on July 19 and August 30, 2007, to exchange information related to the Ute Indian Tribe's trust funds and other trust property and to discuss possible processes for assessing and resolving the claims presented in this case. Participants in such meetings included counsel for the Ute Indian Tribe, counsel from the United States Department of Justice and the United States Department of the Interior, employees of the Ute Indian Tribe, personnel from the Office of Historical Trust Accounting and Minerals Management Service, of the United States Department of the Interior, and expert consultants concerning natural resources

and accounting matters. The meetings included discussion of natural resources, investment, and accounting issues.

6. Over the past two months, the parties have exchanged a substantial amount of records and information, and the parties have agreed to continue exchanging information and records relevant or potentially relevant to the claims. The parties have devoted significant efforts to assessing and identifying the specific information necessary to analyze the Ute Indian Tribe's claims, as well as efficient means of collecting the records which contain that specific information. Such materials include records regarding principally accounting, investment and natural resources matters. One goal of the parties is to prepare databases of historical information relevant to accounting, investment and natural resources matters.

7. As set forth above, during the stay of litigation, the parties have been engaged in substantial efforts to advance resolution of the Tribe's claims through dialogue and exchange of relevant information.

8. At this stage, the parties intend to continue such efforts. Representatives of the Ute Indian Tribe and the United States have agreed to meet in person again from September 24 to 28, 2007 at the Uintah and Ouray Reservation in northeast Utah and on October 18, 2007 in Denver, Colorado. During such meetings, the parties intend to gather relevant information and continue their alternative dispute resolution discussions regarding natural resources and accounting issues in this case. Provided that progress is being made, the parties intend to continue to follow an alternative dispute resolution process that includes informal discovery, an exchange of legal and expert analyses of the parties' claims and defenses, and direct settlement negotiations intended to resolve this case.

9. Under these circumstances, neither the Ute Indian Tribe nor the United States request that the Stay of Litigation entered by this Court be lifted at this time. In compliance with the Order Staying Litigation and unless ordered otherwise by this Court, the parties shall submit their next Joint Status Report on or before November 20, 2007 advising the Court as to the status of their efforts and as to whether the Stay should continue in effect.

DAVIS GRAHAM & STUBBS LLP

*s/ Charles L. Kaiser*
CHARLES L. KAISER
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 893-1379

Attorney of Record for Plaintiff

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice

*s / John H. Martin*
JOHN H. MARTIN
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (202) 844-1350

Attorney of Record for Defendant

OF COUNSEL

TOM MCNAMARA
SCOT W. ANDERSON
CHARLES A. BREER
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 893-1379

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

DEVON LEHMAN McCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
Tel: (303) 844-1487
Fax: (303) 844-1350

CANDACE N. BECK
THOMAS B. KEARNS
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240