IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | Civil Action No. 06-866L-MCW |

# MOTION FOR WITHDRAWAL OF CHARLES L. KAISER, TOM MCNAMARA, SCOT W. ANDERSON, AND CHARLES A. BREER AS COUNSEL FOR PLAINTIFF AND NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to RCFC 83.1(c)(6), Charles L. Kaiser, Tom McNamara, Scot W. Anderson, and Charles A. Breer hereby request the Court to enter an order allowing them to withdraw from their representation of Plaintiff in the above-captioned action and to substitute Tod J. Smith and Jeanne Whiteing as counsel for Plaintiff. The grounds for this motion are as follows:

1. Messrs. Kaiser, McNamara, Anderson, Breer, and the law firm of Davis Graham & Stubbs LLP no longer represent Plaintiff in this action because Plaintiff has retained Tod J. Smith and Jeanne S. Whiteing of the law firm Whiteing & Smith to represent Plaintiff.

2. Plaintiff Ute Indian Tribe of the Uintah and Ouray Reservation consents to the withdrawal of Messrs. Kaiser, McNamara, Anderson, Breer and the law firm of Davis Graham & Stubbs LLP in this matter. Plaintiff's signed consent is provided below.

3. Mr. Tod J. Smith and Ms. Jeanne S. Whiteing consent to representing Plaintiff in this matter. They are aware of all pending deadlines in this matter.

Wherefore, Messrs. Kaiser, McNamara, Anderson, and Breer request the Court to enter an order permitting them and the law firm of Davis Graham & Stubbs LLP to withdraw from this action and to substitute Mr. Tod J. Smith and Ms. Jeanne S. Whiteing of the law firm Whiteing & Smith as counsel for Plaintiff.

A proposed order is attached to this application.

Dated this 9th day of July, 2008.

s/ Tod J. Smith
WHITEING & SMITH
Tod J. Smith
Jeanne S. Whiteing
1136 Pearl Street, Suite 203
Boulder, Colorado 80302
Telephone: 303-444-5249
Fax: 303-444-2365
tod@whiteingsmith.com

Original Signature on file at the
Law Offices of Whiteing & Smith

s/ Charles L. Kaiser
DAVIS GRAHAM & STUBBS LLP
Charles L. Kaiser
Scot W. Anderson
Tom McNamara
Charles A. Breer
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: 303.892.9400
Fax: 303.893.1379

Original Signature on file at the
Law Offices of Davis Graham & Stubbs LLP

The Ute Indian Tribe of the Uintah and Ouray Reservation consents to the withdrawal of Charles L. Kaiser, Tom McNamara, Scot W. Anderson, Charles A. Breer, and the law firm of Davis Graham & Stubbs LLP and to the substitution of Tod J. Smith and Jeanne S. Whiteing of the law firm Whiteing & Smith as counsel for Plaintiff Ute Indian Tribe of the Uintah and Ouray Reservation in this matter.

Curtis R Cesspooch

Curtis Cesspooch, Chairman
Irene C. Cuch, Vice-Chair

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Civil Action No. 06-866L-MCW |
| Defendant. | ) | |

---

**ORDER**

---

Having considered the Motion For Withdrawal Of Charles L. Kaiser, Tom McNamara, Scot W. Anderson, And Charles A. Breer As Counsel For Plaintiff And Notice Of Substitution Of Counsel, it is hereby ORDERED that the Motion is GRANTED.

DATED this _____ day of _____________, 2008.

_______________________________

JUDGE MARY COSTER WILLIAMS