IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Civil Action No. 06-866L-MCW |
| Defendant. | ) | |

# EIGHTH JOINT STATUS REPORT

Pursuant to this Court's Order Staying Litigation, dated February 22, 2007, Plaintiff, the Ute Indian Tribe of the Uintah and Ouray Reservation ("Ute Indian Tribe"), and Defendant, the United States ("Defendant" or "United States"), jointly submit this Status Report and state as follows:

1. The Ute Indian Tribe initiated this case by filing a Complaint with this Court on December 19, 2006. As set forth in more detail in the Complaint, the Ute Indian Tribe alleges that the United States breached its trust and fiduciary duties with respect to tribal trust fund management. Further, the Ute Indian Tribe requests an accounting of tribal trust funds.

2. The Defendant has not answered or otherwise responded to the Complaint. Instead, after consultations between the Ute Indian Tribe and the United States, the parties submitted a Joint Motion for Temporary Stay of Litigation "to explore the possibility of settlement, as well as the process by which the parties might resolve their dispute and obtain relevant or potentially relevant documents and data."

3. On February 22, 2007, this Court entered its Order Staying Litigation. In relevant part, this Court ordered:

> "(1) Effective immediately, this case is stayed. (2) Defendant does not need to file its Answer or otherwise respond to the Complaint until after this Court lifts the stay, at a time to be determined by the Court. (3) The parties shall file a joint status report on or before May 21, 2007, and every 60 days thereafter recounting the status of their discussions and their proposals for further proceedings in this case."

4. From and after the entry of the Order Staying Litigation, the Ute Indian Tribe and the United States have been engaged in a constructive effort directed toward possible resolution of this case. Counsel for the Ute Indian Tribe and the United States have communicated repeatedly by telephone, letter and e-mail concerning this case, the data and documents potentially relevant to this case and possible processes to resolve the dispute. The parties have also engaged expert consultants to assist in technical analysis of the accounting and natural resources issues presented in this case.

5. During the two-month period covered by this Eighth Joint Status Report (May 21, 2008, to July 21, 2008), the parties and their consultants have reviewed a substantial amount of records and information. They have exchanged some documentation and the United States has continued to collect and prepare voluminous materials from several different locations for production to the Ute Indian Tribe.

6. Also during this period, Plaintiff Ute Indian Tribe retained new counsel to represent them in this case. New counsel has entered an appearance in the case, and Jeanne S. Whiteing, of Whiteing & Smith, was substituted as counsel of record for the Ute Indian Tribe on July 16, 2008. Whiteing & Smith is working diligently to ensure a smooth and timely transition

in this case. New counsel has obtained the files in the case and is in the process of reviewing the status of the case. New counsel is also in communication with Plaintiff's former counsel and Defendants' counsel in reviewing the status of the case, and expects to proceed with the settlement process now in place in the case.

7. At this stage, the parties intend to continue their efforts to explore the possibility of settlement of the Plaintiffs' claims. Immediately following the Ute Indian Tribe's recent change in counsel, newly substituted counsel of record for the Ute Indian Tribe and the United States communicated with each other and agreed to hold a meeting in the near future to review the status of the case and settlement efforts. During this meeting, the parties contemplate reviewing the relevant information identified to date and continuing the parties' alternative dispute resolution discussions regarding the claims and issues in this case. Provided that progress is being made, the parties intend to continue to follow an alternative dispute resolution process that includes informal discovery, an exchange of legal and expert analyses of the parties' claims and defenses, and direct settlement negotiations intended to resolve this case.

8. Under these circumstances, neither the Ute Indian Tribe nor the United States request that the Stay of Litigation entered by this Court be lifted at this time. In compliance with the Order Staying Litigation and unless ordered otherwise by this Court, the parties shall submit their next Joint Status Report on or before September 21, 2008, advising the Court as to the status of their efforts and as to whether the Stay should continue in effect.

Respectfully submitted this 21st day of July 2008.

SMITH & WHITEING

*s/ Jeanne S. Whiteing*________
JEANNE S. WHITEING
Whiteing & Smith
11 36 Pearl Street, Suite 203
Boulder, CO 80302
Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice

*s / John H. Martin*__________________
JOHN H. MARTIN
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (202) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
JODY H. SCHWARZ
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0245
Fax: (202) 353-2021

JOSHUA EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217