IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | Civil Action No. 06-866L-MCW |

## NINTH JOINT STATUS REPORT

Pursuant to this Court's Order Staying Litigation, dated February 22, 2007, Plaintiff, the Ute Indian Tribe of the Uintah and Ouray Reservation ("Ute Indian Tribe"), and Defendant, the United States ("Defendant" or "United States"), jointly submit this Status Report and state as follows:

1. The Ute Indian Tribe initiated this case by filing a Complaint with this Court on December 19, 2006. As set forth in more detail in the Complaint, the Ute Indian Tribe alleges that the United States breached its trust and fiduciary duties with respect to tribal trust fund management. Further, the Ute Indian Tribe requests an accounting of tribal trust funds.

2. The Defendant has not answered or otherwise responded to the Complaint. Instead, after consultations between the Ute Indian Tribe and the United States, the parties submitted a Joint Motion for Temporary Stay of Litigation "to explore the possibility of settlement, as well as the process by which the parties might resolve their dispute and obtain relevant or potentially relevant documents and data."

3. On February 22, 2007, this Court entered its Order Staying Litigation. In relevant part, this Court ordered:

> "(1) Effective immediately, this case is stayed. (2) Defendant does not need to file its Answer or otherwise respond to the Complaint until after this Court lifts the stay, at a time to be determined by the Court. (3) The parties shall file a joint status report on or before May 21, 2007, and every 60 days thereafter recounting the status of their discussions and their proposals for further proceedings in this case."

4. From and after the entry of the Order Staying Litigation, the Ute Indian Tribe and the United States have been engaged in a constructive effort directed toward possible resolution of this case. Counsel for the Ute Indian Tribe and the United States have communicated repeatedly by telephone, letter and e-mail concerning this case, the data and documents potentially relevant to this case and possible processes to resolve the dispute. The parties have also engaged expert consultants to assist in technical analysis of the accounting and natural resources issues presented in this case.

5. During the two-month period covered by this Ninth Joint Status Report (July 22, 2008, to September 21, 2008), the parties and their consultants have reviewed a substantial amount of records and information. The United States has continued to collect and prepare voluminous materials from several different locations for production to the Ute Indian Tribe.

6. Following the entry of appearance in the case by Whiteing & Smith as new counsel for the Plaintiff, Whiteing and Smith have worked on a transition of the case with the plaintiff's former counsel. New counsel continues to receive and review files from former counsel, and has received sixty boxes of files to date. Whiteing & Smith has also conferred with

all of Plaintiff's experts in the case, and is continuing to communicate and discuss with the experts the status of their work and to discuss future work in the case.

7. At this stage, the parties intend to continue their efforts to explore the possibility of settlement of the Plaintiff's claims. Immediately following the Ute Indian Tribe's recent change in counsel, newly substituted counsel of record for the Ute Indian Tribe and the United States communicated with each other and agreed to hold a meeting in the near future to review the status of the case and settlement efforts. This meeting took place on July 31, 2008 in Denver, Colorado. During this meeting, the parties reviewed the status of the case, the general settlement process being followed by the parties, the status of document requests, and the general next steps in the case. Plaintiff and its counsel intend to continue with the settlement process now in place in the case.

8. Under these circumstances, neither the Ute Indian Tribe nor the United States request that the Stay of Litigation entered by this Court be lifted at this time. In compliance with the Order Staying Litigation and unless ordered otherwise by this Court, the parties shall submit their next Joint Status Report on or before November 21, 2008, advising the Court as to the status of their efforts and as to whether the Stay should continue in effect.

Respectfully submitted this 17th day of September 2008.

SMITH & WHITEING

*s/ Jeanne S. Whiteing*
JEANNE S. WHITEING
TOD J. SMITH
Whiteing & Smith
11 36 Pearl Street, Suite 203
Boulder, CO 80302

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice

*s / John H. Martin*
JOHN H. MARTIN
Environment and Natural Resources Division

Tel: (303) 444-2549
Fax: (303) 444-2365

Attorney of Record for Plaintiff

Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (202) 844-1350

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
JODY H. SCHWARZ
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0245
Fax: (202) 353-2021

HOLLY H. CLEMENT
JOSHUA EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20217